UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN UNGER AND SILVIA UNGER,<br><br>　　　　Plaintiffs,<br>　　v.<br>MORTGAGEIT, INC., et al.,<br><br>　　　　Defendants. | Case No. EDCV 09-1250-VAP (OPx)<br><br>**JUDGMENT AS TO DEFENDANT ONEWEST BANK, FSB ONLY** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE as to Defendant OneWest Bank, FSB. The Court orders that such judgment be entered.

Dated: July 29, 2009

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　United States District Judge