NEAL O. CHAMBERS, NSB 226036
JOEL G. SELIK, NSB 117383
CHAMBERS & SELIK, LLP
1055 E. Tropicana Avenue
Suite 300
Las Vegas, NV 89119
(702) 891-8400
*Attorneys for Plaintiffs*
*John Unger and Silvia Unger*

JS-6

### IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| JOHN UNGER and SILVIA UNGER, Individuals, <br><br> Plaintiffs, <br> vs. <br><br> MORTGAGEIT, INC., INDYMAC MORTGAGE SERVICES, NDEX WEST, LLC, DOE Individuals I-X, and ROES Corporations I-X, inclusive, <br><br> Defendants. | CASE NO.: EDCV09-01250 VAP <br><br> Riverside County Court Case No.: 526758 <br><br> **ORDER TO DISMISS PLAINTIFFS' COMPLAINT WITHOUT PREJUDICE AS TO NEDEX WEST, LLC** |

**ORDER**

BASED on the Plaintiffs, JOHN UNGER and SILVIA UNGER, by and through their counsel of record, Chambers & Selik, LLP and Defendant, NDEX West, LLC by and through its counsel of record, Aaron Brown, Esq. stipulating to dismissing Plaintiffs' Complaint without prejudice and foregoing and good cause appearing;

IT IS SO ORDERED that Plaintiffs' Complaint be dismissed without prejudice.

Dated: September 29, 2009

_____
HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

Submitted by:

_____
JOEL G. SELIK, CSB 117383
NEAL O. CHAMBERS, CBS 226036
CHAMBERS & SELIK, LLP
1055 E. Tropicana Avenue, Suite 300
Las Vegas, NV 89119